UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHARLES WAYNE UPTERGROVE,<br><br>Defendant. | CASE NO. 1:13-CR-0362 AWI BAM<br><br>ORDER STRIKING DOCUMENT NUMBER 118 |

Defendant Charles Wayne Uptergrove is one of several defendants in this criminal action brought by the United States of America.  Defendant Uptergrove is represented by an attorney, and Defendant Uptergrove's motion to represent himself has been denied.

On January 15, 2014, Defendant Uptergrove filed a document in this criminal action entitled "MOTION TO DISMISS OFFER OF PROOF".

Because Defendant Uptergrove is represented by counsel, the Court finds that the January 15, 2014 document has no legal effect and must be stricken from the record.  See United States v. Bergman, 813 F.2d 1027, 1030 (9th Cir. 1987) ("A criminal defendant does not have an absolute right to both self-representation and the assistance of counsel.").

Accordingly, the Court ORDERS that Defendant Uptergrove's January 15, 2014 motion (Document #118) is HEREBY STRICKEN from the record in this action.

IT IS SO ORDERED.

Dated:   January 28, 2014                                       _____

SENIOR  DISTRICT  JUDGE