(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Charles Uptergrove

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  **1:13-CR-00362 AWI-BAM** |
| Plaintiff, | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE;  ORDER THEREON** |
| v. | |
| CHARLES UPTERGROVE, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Charles Uptergrove, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Harry M. Drandell, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated:  July 21, 2015                              /s/ Charles Uptergrove
                                                              CHARLES UPTERGROVE

1

Dated: July 20, 2015
                                      HARRY M. DRANDELL
                                      Law Offices of Harry M. Drandell


                              By:    /s/ Harry M. Drandell
                                     HARRY M. DRANDELL
                                     Attorney for Defendant,
                                     CHARLES UPTERGROVE

O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's

appearance may be waived at any and all proceedings until further order.

IT IS SO ORDERED.

Dated:   **July 21, 2015**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE