(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Charles Wayne Uptergrove

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  **1:13-CR-00362 AWI-BAM** |
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| v. | |
| CHARLES WAYNE UPTERGROVE, | |
| Defendant. | |

    The Court having considered defendant's Request to Seal Documents, his Notice of Motion and Motion for ADA Accommodations, including the Declaration of Harry M. Drandell in Support of Motion for ADA Accommodations, finds compelling reasons for the filing of the documents under seal.  Therefore, defendant's Request to Seal Documents is GRANTED.

    This Order regarding sealing will be permanent, and that no one is to have access to these documents except for the Court and anyone this Court deems appropriate.

    It is hereby ordered that the defendant's Notice of Motion and Motion for ADA Accommodations and Declaration of Harry M. Drandell in Support of Motion for ADA Accommodations shall be **FILED UNDER SEAL**.

///

IT IS SO ORDERED.

Dated:   September 30, 2015                                                              
                                                                  SENIOR DISTRICT JUDGE