(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Charles Wayne Uptergrove

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **1:13-CR-00362 AWI-BAM** |
| Plaintiff, | **ORDER ON DEFENDANT'S REQUEST FOR ADA ACCOMMODATIONS** |
| v. | |
| CHARLES WAYNE UPTERGROVE, | |
| Defendant. | |

Based upon the defendant's motion and good cause appearing;

IT IS ORDERED that the ADA Accommodations requested by the Defendant as set forth by Dr. Huffer and delineated below are;

    1)    Pace of speech and activities must be slowed down. Mr. Uptergrove must be allowed to process information allowing him to work with his attorney and fully understand each matter before him.

[ ] Granted    [ X ] Denied

    2)    Must be allowed to take short breaks as needed during proceedings when he becomes symptomatic.

[ X ] Granted    [ ] Denied

    3)    Must be allowed to digitally record all proceedings for his private use only to offset memory deficits when under stress.

[ X ] Granted    [ ] Denied

        4)        Must not be forced to testify or speak in Court under duress deprived of time to understand and prepare with his accommodations in place and his advocate present by his side with an ADA expert available by telephone or in person during all legal proceedings.

[  ] Granted        [ X ] Denied

        5)        Must not be pressured under duress to make decisions, agreements or stipulations spontaneously while in court.  Mr. Uptergrove needs time to consider options, proposals and feedback from the Court, while in a non-court setting before signing or agreeing to any stipulation or agreement.

[ X ] Granted        [  ] Denied

        6)        Mr. Uptergrove will need shortened court days.  His condition causes him to be physically, mentally and emotionally exhausted.  He should have court days no more than 4 hours or be allowed substantial breaks to recover if the day has to be longer than 4 hours.

[  ] Granted        [ X ] Denied

        7)        Plain English must be used avoiding legalese and esoteric language.

[  ] Granted        [ X ] Denied

        8)        Mr. Uptergrove must have a trained disability advocate with him during proceedings. He will provide the advocate at no expense to the Court. An expert in ADA will stand by telephonically as needed if questions arise.  Again, the expense for such will be born by Mr. Uptergrove.

[  ] Granted        [ X ] Denied

IT IS SO ORDERED.

Dated:  September 30, 2015                    _____
                                                   SENIOR  DISTRICT  JUDGE