Johanna S. Schiavoni, SBN 248501
*Counsel pursuant to the Criminal Justice Act*
LAW OFFICE OF JOHANNA S. SCHIAVONI
3170 Fourth Avenue, Suite 250
San Diego, CA 92103
Tel: (619) 269-4046
Email:  johanna@schiavoni-law.com

Counsel for Defendant-Appellant
CHARLES WAYNE UPTERGROVE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          *Plaintiff*,<br>     v.<br>CHARLES WAYNE UPTERGROVE,<br>          *Defendant*. | No.  1:13-cr-00362-AWI-BAM<br>Eastern District of California, Fresno<br><br>9th Cir. Case No. 16-10115<br><br>**APPLICATION FOR ORDER EXTENDING SURRENDER DATE;**<br><br>**ORDER**<br><br>JUDGE: Hon. Anthony W. Ishii |

Defendant Charles Wayne Uptergrove hereby requests an extension of time for his surrender to the United States Bureau of Prisons, to commence service of his term of incarceration.

Mr. Uptergrove was convicted at trial and timely filed his notice of

appeal. He then filed a motion for release pending appeal in the district court. The district court denied that motion and set a voluntary surrender date of June 9, 2016.

On May 30, 2016, Mr. Uptergrove filed with the Ninth Circuit Court of Appeals, an appeal of the district court's denial of his motion for bail pending appeal. Pursuant to Ninth Circuit Rule 9-1.2(e):

> If the appellant is on bail at the time the motion [for bail pending appeal] is filed in [the Ninth Circuit Court of Appeals], that bail will remain in effect until the Court rules on the motion.

Pursuant to Ninth Circuit Rule 9-1.2(e), Mr. Uptergrove requests that this Court enter an order granting his immediate relief from the impending June 9, 2016 self-surrender date until the Ninth Circuit Court of Appeals rules on his pending motion for release pending appeal.

Date: June 13, 2016        *s/ Johanna S. Schiavoni*
                           Johanna S. Schiavoni

                           LAW OFFICE OF
                           JOHANNA S. SCHIAVONI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　*Plaintiff*,<br>　v.<br>CHARLES WAYNE UPTERGROVE,<br>　　　　*Defendant*. | No. 1:13-cr-00362-AWI-BAM<br>Eastern District of California, Fresno<br><br>9th Cir. Case No. 16-10115<br><br>**ORDER STAYING CHARLES UPTERGROVE'S SELF-SURRENDER DATE** |

　　　　Pursuant to Ninth Circuit Rule 9-1.2(e), the self-surrender date for Charles Wayne Uptergrove is continued until the Ninth Circuit Court of Appeals rules on Uptergrove's pending motion for release pending appeal.  All other conditions of release shall remain in full force and effect until further order of this Court.

IT IS SO ORDERED.

Dated:　June 13, 2016　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE