UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHARLES WAYNE UPTERGROVE,<br><br>Defendant | CASE NO. 1:13-CR-0362 AWI-4<br><br>ORDER SETTING NEW SURRENDER DATE |

On June 14, 2016, the Court granted Defendant Charles Wayne Uptergrove's motion to extend his surrender date. See Doc. No. 495. Pursuant to the order, the Court continued Defendant's surrender date "until the Ninth Circuit Court of Appeals rules on [Defendant's] pending motion for release pending appeal." Id. On July 27, 2016, the Ninth Circuit denied Defendant's motion for release/bail appeal. See Doc. No. 503. In denying the Defendant's motion, the Ninth Circuit granted Defendant's request "to have his surrender date set for no earlier than two weeks following the date of this order." Id. Now that the Ninth Circuit's has denied Defendant's pending motions, the Court will set a surrender date that is consistent with the Ninth Circuit's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Having been sentenced to the custody of the Bureau of Prisons, Defendant shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal's Office in Fresno, California by 2:00 p.m. on September 2, 2016. Defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court; and

2. All other conditions of release shall remain in full force and effect until Defendant surrenders pursuant to this order.

1
2 | IT IS SO ORDERED.
3 | Dated:   August 4, 2016
   |                                               _____
   |                                               SENIOR  DISTRICT  JUDGE