**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Docket No.:  0972 1:13CR00362-004 |
| ) | |
| Charles Wayne Uptergrove ) | |
| ) | |

On March 7, 2016, the above-named was sentenced to Supervised Release for a period of two years. Supervision commenced on January 11, 2019.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Miriam E. Olea
United States Probation Officer

Dated:  May 4, 2020
Elk Grove, California
(916) 683-3323

**REVIEWED BY:**    **Ronnie Preap**
Supervising United States Probation Officer

1

**Re:**   **Charles Wayne Uptergrove**
   **Docket No:   0972 1:13CR00362-004**
   **Report and Order Terminating Supervised Release**
   **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Charles Wayne Uptergrove be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   May 5, 2020                              _____
                                                                  SENIOR DISTRICT JUDGE

2